**STATE of Missouri, Respondent,**

v.

**Kevin Allan CRUMP, Appellant.**

**No. WD 41194.**

Missouri Court of Appeals, Western District.

Aug. 21, 1990.

John A. Klosterman, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

## ORDER

PER CURIAM.

Appellant, Kevin Allan Crump, appeals jury conviction of offering violence to an officer of a correctional institution, a violation of Mo.Rev.Stat. § 217.385 (1986), and sentence as a prior offender to a term of seven years. Additionally, he appeals the motion court's denial of his Rule 29.15 motion following an evidentiary hearing. The two appeals have herein been consolidated pursuant to Rule 29.15(*l*).

Affirmed. Rules 30.25(b) and 84.16(b).